Harry GLIMP

v.

Charles BROSCH, Jr., et al.

No. 6173.

United States Court of Appeals
Tenth Circuit.

Nov. 18, 1959.

Harry D. Moreland, Tulsa, Okl., for appellant.

Ungerman, Grabel, Ungerman, Leiter & Unruh, Charles A. Whitebook and John T. Gibson, Tulsa, Okl., and Jack B. Sellers, Drumright, Okl., for appellees.

Before MURRAH, Chief Judge, BREITENSTEIN, Circuit Judge, and CHRISTENSON, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

Audrey I. CUTTING et al.

v.

Dennis CHAVEZ, United States
Senator, et al.

No. 6008.

United States Court of Appeals
Tenth Circuit.

Nov. 24, 1959.

Audrey I. Cutting appearing pro se.

Before MURRAH, Chief Judge, BREITENSTEIN, Circuit Judge, and CHRISTENSON, District Judge.

PER CURIAM.

Affirmed without written opinion.

AETNA CASUALTY & SURETY
COMPANY

v.

UNITED STATES FIDELITY & GUAR-
ANTY COMPANY, a corpora-
tion, et al.

No. 6213.

United States Court of Appeals
Tenth Circuit.

Nov. 23, 1959.

W. E. Green, Raymond G. Feldman, William S. Hall, III, and George A. Farrar, Tulsa, Okl., for appellant.

Alfred B. Knight, Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

Audrey I. CUTTING

v.

Dennis CHAVEZ, United States Senator,
E. J. Scarry and Company,
Incorporated, et al.

No. 6049.

United States Court of Appeals
Tenth Circuit.

Nov. 24, 1959.

Audrey I. Cutting appearing pro se.

Before MURRAH, Chief Judge, BREITENSTEIN, Circuit Judge, and CHRISTENSON, District Judge.

PER CURIAM.

Affirmed without written opinion.